# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WALTER D. FAIRLEY

NO. 2020 KW 0059

**MAY 29, 2020**

---

In Re:    Walter  D.  Fairley,  applying  for  supervisory  writs,
          32nd  Judicial  District  Court,  Parish  of  Terrebonne,
          No. 806211.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT  GRANTED.**    The  district  court's  ruling  denying
relator's motion to quash is vacated and the matter is remanded
to  the  district  court  for  a  hearing  to  determine  whether  the
state's failure to timely institute prosecution was caused by an
interruption.  See La. Code Crim. P. arts. 572(A)(1) and 575.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY  CLERK  OF  COURT
         FOR THE COURT